1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755



FILED

APR 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-MC-00051-FCD-EFB |
| Plaintiff, | |
| v. | |
| IN RE: | [Proposed] ORDER |
| REQUEST FROM KOREA PURSUANT TO THE TREATY BETWEEN THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE REPUBLIC OF KOREA ON MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS | |

ORDER

Upon application of the United States, and upon review of the request from Korea seeking evidence under the *Treaty between the United States of America and the Republic of Korea on Mutual Legal Assistance in Criminal Matters* (Treaty Doc. 104-1 104th Cong. 1st Sess.) (the "Treaty"),

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Assistant U.S. Attorney Courtney J. Linn is appointed as a Commissioner of this Court and is hereby directed to execute the

1

1  Treaty request as follows:
2      1.  Take such steps as are necessary, including if necessary
3  the issuance of commissioner's subpoenas to collect the evidence
4  requested;
5      2.  Provide notice to the recipient of the subpoena of the
6  time, date and place for the production of documents responsive to
7  it;
8      3.  Disclose such copies of this Order as is necessary to
9  accomplish the purposes of the request for assistance.
10     4.  Adopt procedures to collect the evidence requested,
11 consistent with its use in the investigation or proceeding for which
12 Korea has requested assistance, which procedures may be specified in
13 the request or provided by or with the approval of the Korean Central
14 Authority under the Treaty;
15     5.  Seek such further orders of this Court as may be necessary
16 to execute this request; and
17     6.  Certify and submit the evidence collected for its further
18 transmission to Korea.
19     IT IS FURTHER ORDERED that, in collecting the evidence
20 requested, the Commissioner may be accompanied by persons whose
21 presence or participation is authorized by the Commissioner,
22 including, without limitation, law enforcement agents and/or
23 representatives of Korea.
24     IT IS SO ORDERED.
25 DATED: April 22, 2008

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE